LAW OFFICES OF THOMAS P. RILEY, P.C.
Thomas P. Riley, SBN 194706
TPRLAW@att.net
1114 Fremont Ave.
South Pasadena, CA 91030

Tel: 626-799-9797
Fax: 626-799-9795

Attorneys for Defendant
Law Offices of Thomas P. Riley, P.C.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| EDWIN R. INGA, | Case No.: 2:21-cv-04146-RGK-SHK |
|---|---|
| Plaintiff, | |
| vs. | CERTIFICATION AS TO INTERESTED PARTIES |
| INNOVATIVE SPORTS MANAGEMENT, INC., D/B/A INTEGRATED SPORTS MEDIA; THOMAS P. RILEY LAW OFFICES, | |
| Defendants. | |

The undersigned, counsel of record for Defendant, Law Offices of Thomas P. Riley, P.C., certifies that the following listed parties have a direct, pecuniary interest in the outcome of this case.

These representations are made to enable the Court to evaluate possible disqualification or recusal.

Page 1

**PARTIES**

*Plaintiff,* Edwin R. Inga (Pro Se)

1231 W. Blvd., Apt. 303

Los Angeles, CA 90019

*Defendant,* Innovative Sports Management, Inc., d/b/a Integrated Sports Media

64 North Summit Street, Suite 218

Tenafly, NJ 07670

*Defendant,* Law Offices of Thomas P. Riley, P.C.

c/o Law Offices of Thomas P. Riley, P.C.

Attention: Thomas P. Riley

First Library Square

1114 Fremont Avenue

South Pasadena, CA 91030-3227

Telephone: (626) 799-9797

Facsimile: (626) 799-9795

Dated: August 3, 2021          */s/ Thomas P. Riley*
                               LAW OFFICE OF THOMAS P. RILEY, P.C.
                               By: Thomas P. Riley
                               Attorneys for Defendant
                               Law Offices of Thomas P. Riley, P.C.

## PROOF OF SERVICE

I declare that:

I am employed in the County of Los Angeles, California. I am over the age of eighteen years and not a party to the within cause; my business address is First Library Square, 1114 Fremont Avenue, South Pasadena, California 91030. I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On August 3, 2021, I caused to serve the following document entitled:

CERTIFICATION AS TO INTERESTED PARTIES

On all parties referenced by enclosing a true copy thereof in a sealed envelope with postage prepaid and following ordinary business practices, said envelope was addressed to:

Edwin R. Inga (Plaintiff *Pro Se*)

1231 West Blvd. Apt. 303

Los Angeles, California 90019

The fully sealed envelope with pre-paid postage was thereafter placed in our law firm's outbound mail receptacle in order that this particular piece of mail could be taken to the United States Post Office in South Pasadena, California later this day by myself (or by another administrative assistant duly employed by our law firm).

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on August 3, 2021, at South Pasadena, California.

Dated: August 3, 2021

*/s/ Isabella Fernandez*

ISABELLA FERNANDEZ