Thomas P. Riley
Law Offices Of Thomas P. Riley, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227
California State Bar No. 194706
Fax: 626-799-9795
Tel:  626-799-9797
TPRLAW@att.net

Attorneys for Plaintiff
Innovative Sports Management, Inc.,
d/b/a Integrated Sports Media

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| Edwin R. Inga,<br><br>    Plaintiff,<br><br>vs.<br><br>Innovative Sports Management, Inc., et al.,<br><br>    Defendants. | Case No. 2:21-cv-04146-RGK-SHK<br><br>NOTICE OF SERVICE OF DEFENDANT LAW OFFICES OF THOMAS P. RILEY, P.C.'S INITIAL DISCLOSURES |

Pursuant to the Court's Scheduling Order, Defendant Law Offices of Thomas P. Riley, P.C., by and through its counsel undersigned hereby provides Notice to the Court that it served its Initial Disclosures on November 2, 2021, via First Class Mail upon Plaintiff Edwin R. Inga, in accordance to the Local Rules of Civil Procedure.

                                      Respectfully submitted,

Dated: November 2, 2021     */s/ Thomas P. Riley*
                                        **LAW OFFICES OF THOMAS P. RILEY, P.C.**
                                        By: Thomas P. Riley
                                        Attorneys for Defendant
                                        Law Offices of Thomas P. Riley, P.C.

///

///

///

///

///

///

///

///

///

///

///

## PROOF OF SERVICE (SERVICE BY FIRST CLASS MAIL)

I declare that:

I am employed in the County of Los Angeles, California. I am over the age of eighteen years and not a party to the within cause; my business address is First Library Square, 1114 Fremont Avenue, South Pasadena, California 91030. I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On November 2, 2021, I served:

**NOTICE OF SERVICE OF DEFENDANT LAW OFFICES OF THOMAS P. RILEY, P.C.'S INITIAL DISCLOSURES**

On all parties referenced by enclosing a true copy thereof in a sealed envelope with postage prepaid and following ordinary business practices, said envelope was duly mailed and addressed to:

Edwin R. Inga

1231 West Boulevard Apt 303

Los Angeles, CA 90019

The fully sealed envelope with pre-paid postage was thereafter placed in our law firm's outbound mail receptacle.

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on November 2, 2021, at South Pasadena, California.

Dated: November 2, 2021        _____
                                                    **ISABELLA FERNANDEZ**