UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:21−cv−04146−RGK−SHK | Date | 11/8/2021 |
| Title | EDWIN R. INGA V. INNOVATIVE SPORTS MANAGEMENT, INC. ET AL | | |

Present :   The Honorable R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE

| Joseph Remigio | Sheri Kleeger | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Edwin Inga, pro se | Thomas Riley |

**Proceedings:**   **SCHEDULING CONFERENCE**

Case called. Court and counsel confer. The Scheduling Conference is held and the Court sets the following dates:

| | |
|---|---|
| Jury Trial (Est. 2 days): | July 19, 2021 at 09:00 AM |
| Pretrial Conference: | June 27, 2022 at 09:00 AM |
| Motion Cut-Off Date (last day to file): | April 27, 2022 |
| Discovery Cut-Off Date (fact discovery): | April 13, 2022 |

Last day to amend the complaint or add parties is 12/10/2021. The parties shall participate in ADR SP1.

**IT IS SO ORDERED.**

:05
Initials of Preparer: jre